UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPARKS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ADP, INC., AUTOMATIC DATA PROCESSING, INC., a Delaware Corporation with principal places of business in New Jersey, and DOES 1 to 100,<br><br>　　　　　　Defendants. | Case No. 07 0263 PJH<br><br>**JOINT STIPULATION TO TRANSFER VENUE AND [~~PROPOSED~~] ORDER**<br><br>28 U.S.C. § 1404(a) |

　　The parties to the above-captioned matter, by and through their attorneys of record, hereby stipulate as follows:

　　1.　WHEREAS, Defendant ADP, Inc. filed on April 17, 2007 a Motion to Transfer Venue of this matter from the Northern District of California to the Central District of California, and

　　2.　WHEREAS, Plaintiff, through his counsel, has carefully reviewed the merits of the motion; and

1  3.  WHEREAS, all parties agree that the venue should be transferred for the convenience of the parties based on the good cause shown in said motion.

NOW, THEREFOR, the parties hereby stipulate that the above-captioned matter should be transferred from the Northern District of California to the Central District of California. As the facts supporting the motion to transfer indicate, this case arises out of La Palma, California predominately. As such, the parties suggest that the case be assigned to the Southern Division of the Central District of California.

DATED: April 19, 2007

Respectfully submitted,

SEYFARTH SHAW LLP

By _____/s/ Brian T. Ashe_____
Brian T. Ashe
Eric Hill
Attorneys for Defendants
ADP, INC. AND AUTOMATIC DATA PROCESSING, INC.

DATED: April 19, 2007

Respectfully submitted,

CLARK & MARKHAM LLP

By_____/s/ David R. Markham_____
David R. Markham
R. Craig Clark
Attorneys for Plaintiff
JEFFREY SPARKS

2
JOINT STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER/ CASE NO. 07-0263 PJH

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, this case is hereby transferred to the Central District of California.

Dated: 4/19/07



THE HONORABLE _____ J. HAMILTON

SF1 28282226.1